# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 43

| | |
|---|---|
| SHEILA FENDER, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BILTMORE FOREST COUNTRY CLUB, ) | |
| INC., et al., ) | |
| _____ ) | |

Before the Court is Defendant's Motion to Unseal [# 19]. On May 18, 2018, Plaintiff filed a Motion for a Temporary Restraining Order [# 16]. Attached to that Motion was a Sealed Document [# 18]. Plaintiff now moves the Court to unseal the document. In accordance with the Local Rules, the Court has considered the Motion to Unseal, the public's interest in access to such materials, and alternatives to sealing. The Court will allow the document to be unsealed. The Court, however, will sua sponte redact any mention of settlement negotiations and the accompanying email correspondence.

Accordingly, the Court **GRANTS** the Motion in part and **DENIES** the Motion in part [# 19]. The Court will provide the Clerk's Office with a redacted copy of the sealed document [# 18]. The Court **DIRECTS** the Clerk's Office to docket it appropriately and **UNSEALED**.

Signed: May 21, 2018

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge