# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 43

| | |
|---|---|
| **SHEILA FENDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BILTMORE FOREST COUNTRY CLUB,** ) | |
| **INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

It appears that the previous pending motions have been resolved, and it has come time for the Court to issue a pre-trial order and case management plan. Because dates and other details might have changed, the Court will ask the parties to confer and submit an updated certification of initial attorneys' conference and discovery plan.

Therefore, the Court **DIRECTS** the parties to confer and submit an updated certification of initial attorneys' conference and discovery plan. The parties shall have through **June 1, 2018**, to file the updated certification.

Signed: May 24, 2018

Dennis L. Howell
United States Magistrate Judge