# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 43

| | |
|---|---|
| SHEILA FENDER, ) ) Plaintiff, ) ) v. ) ) BILTMORE FOREST COUNTRY CLUB, ) INC., et al., ) ) Defendants. ) _____ ) | ORDER |

This matter is before the Court upon reviewing the parties' Certification of the Initial Attorneys' Conference [# 26]. In the Certification, Plaintiff asked the Court to have an opportunity to explain Plaintiff's request for 30 depositions. The Court, however, did not find having a hearing or conference was necessary to determine the issue. Accordingly, the Court **DENIES** Plaintiff's request for a hearing or conference.

Signed: June 4, 2018

Dennis L. Howell
United States Magistrate Judge